IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

KIMBERLY G. HARRIS,                *
                                      *
     Plaintiff,                *
                                      *
vs.                          *
                                      * CIVIL ACTION NO. 26-00115-KD-B
BRIDGESTONE AMERICAS, INC.,   *
d/b/a Firestone Complete      *
Auto Care, *et al.*,          *
                                      *
     Defendants.             *

## ORDER

This action is before the Court on review. Federal Rule of Civil Procedure 7.1(a)(2) requires all parties in a diversity action such as this one, including individuals, to file a disclosure statement that names and identifies the citizenship of every individual or entity whose citizenship is attributed to that party. Fed. R. Civ. P. 7.1(a)(2); see Jeffries v. Penn-Star Ins. Co., 2024 U.S. Dist. LEXIS 169744, at *3, 2024 WL 4215747, at *1 (S.D. Ill. Aug. 13, 2024) ("Effective December 1, 2022, all parties (even individuals) must file a Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1(a)(2)."); Villamil v. Fayrustin, 730 F. Supp. 3d 328, 341-42 (W.D. Tex. 2024) (requiring individual defendants in diversity action to file disclosure statements identifying their own citizenship). A party must "file the disclosure statement with its first appearance, pleading,

petition, motion, response, or other request addressed to the court." Fed. R. Civ. P. 7.1(b)(1); see also S.D. Ala. CivLR 7.1(a).

The docket reflects that Plaintiff Kimberly G. Harris and Defendants Bridgestone Americas, Inc. and Bridgestone Retail Operations, LLC have not filed their disclosure statements as required by Federal Rule of Civil Procedure 7.1 and Civil Local Rule 7.1. Accordingly, the parties are **ORDERED** to file their respective disclosure statements on or before **May 20, 2026.** The parties must use this Court's standard disclosure statement form, which can be found on the Court's external website.[1]

ORDERED this **13th** day of **May, 2026.**

**/s/ SONJA F. BIVINS**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] https://www.alsd.uscourts.gov/sites/alsd/files/forms/CivilDisclosureStatement.pdf

2